THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
MICHAEL B. BROWN (SB #179222)
michael.brown@stoel.com
ALYSSA C. MALINOSKI (SB #322794)
alyssa.malinoski@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Defendant
Ross Island Sand & Gravel Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>ROSS ISLAND SAND & GRAVEL CO.,<br><br>  Defendant. | Case No. 2:21-cv-00791-KJM-DB<br><br>JOINT STIPULATION TO CONTINUE PRE-TRIAL AND DISCOVERY RELATED DEADLINES; ORDER |

Stoel Rives LLP
Attorneys At Law
Sacramento

JOINT STIPULATION TO CONTINUE PRE-TRIAL AND DISCOVERY RELATED DEADLINES; ORDER

-1-

2:21-CV-00791-KJM-DB

114196284.2 0039735- 00019

Plaintiff Star Indemnity & Liability Insurance Company ("Plaintiff" or "Starr") and Defendant Ross Island Sand & Gravel Co. ("Defendant" or "Ross Island" and collectively with Plaintiff as the "Parties") hereby stipulate to continue all pre-trial and discovery related deadlines, and respectfully request that the Court re-set the case schedule pursuant to the minute order (Dkt. #14) as proposed and agreed to below.

The Parties proffer the following reasons as good cause for this Stipulation and Proposed Order:

1. On May 3, 2021, Plaintiff filed the instant lawsuit in this Court for declaratory relief against Defendant under the doctrine of *uberrimae fidei* (the "Lawsuit").

2. On August 20, 2021, the Parties submitted a Joint Status Report as required by the Court's standing order (ECF No. 2, ¶ 4), Local Rule 240(b), and Federal Rule of Civil Procedure 26 (Dkt. #11).

3. On September 16, 2021, the Court issued its Scheduling Order setting all discovery and trial-related dates (Dkt. #14).

4. On October 15, 2021, Plaintiff served Defendant with Request for Production of Documents, Set One.

5. On October 21, 2021, Defendant served Plaintiff with Request for Production of Documents, Sets One through Four.

6. On November 12, 2021, Defendant timely served responses and objections to Plaintiff's requests. Defendant also produced responsive documents.

7. On December 21, 2021, after an agreed upon extension, Plaintiff served responses and objections to Defendant's requests. Plaintiff also produced responsive documents, and as Plaintiff believed that some of the documents contained confidential and proprietary information, Plaintiff agreed to provide these documents upon execution of an agreed protective order.

8. On January 5, 2022, Defendant sent Plaintiff correspondence in a good faith attempt to meet and confer regarding certain alleged deficiencies in Plaintiff's responses, which letter Plaintiff responded to in writing on January 13, 2022.

///

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO CONTINUE PRE-TRIAL DISCOVERY RELATED DEADLINES; ORDER

-2-

2:21-CV-00791-KJM-DB

114196284.2 0039735- 00019

9. On January 24, 2022, Plaintiff produced further responsive documents to Defendant and following that date, the parties reached agreement as to a Stipulated Protective Order, which the Court approved on February 8, 2022 (Dkt. #17).

10. As of the date of this filing, the Parties are still undergoing extensive meet and confer efforts, including the scope of requested documents.

11. The Parties agree that additional time is needed to prepare this case for trial. Extending all discovery related dates by approximately one hundred and twenty (120) days will permit the Parties to fully develop their claims, counterclaims, and defenses. This will also permit the Parties time to resolve all outstanding discovery disputes either by stipulation or motion practice.

12. Accordingly, the Parties request the following modifications to the briefing schedule:

| Order [Dkt #14] | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Non-Expert Discovery | May 27, 2022 | September 27, 2022 |
| Disclosure of Experts and Exchange of Expert Reports | June 24, 2022 | October 24, 2022 |
| Responsive Expert Disclosures and Reports | July 22, 2022 | November 22, 2022 |
| Rebuttal Expert Disclosures and Reports | August 12, 2022 | December 12, 2022 |
| Close of Expert Discovery | September 30, 2022 | January 30, 2023 |
| Dispositive Motion Deadline (Heard by) | October 21, 2022 | February 21, 2023 |
| Private Mediation Deadline | November 8, 2022 | March 10, 2023 |

13. Currently there is no trial date scheduled for this matter.

14. No prior continuances have been requested. The Parties will not be prejudiced by this continuance. To the contrary, the proposed continuance would allow the Parties to efficiently prepare this case for trial.

///

///

///

///

///

///

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO CONTINUE PRE-TRIAL DISCOVERY RELATED DEADLINES; ORDER

-3-

2:21-CV-00791-KJM-DB

114196284.2 0039735- 00019

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 10, 2022 | STOEL RIVES LLP |
| 3 | | By: */s/Thomas A. Woods* |
| | |    Thomas A. Woods |
| 4 | |    Michael B. Brown |
| | |    Alyssa C. Malinoski |
| 5 | |    Attorneys for Defendant |
| | |    Ross Island Sand & Gravel Co. |

Dated: February 10, 2022            GIBSON ROBB & LINDH LLP

By:*/s/Michael J. Cummins (as authorized on 2/10/22)*
   Michael J. Cummins
   R. Hudson Hollister
   Attorneys for Plaintiff
   Starr Indemnity & Liability Company

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

JOINT STIPULATION TO CONTINUE PRE-TRIAL DISCOVERY RELATED DEADLINES; ORDER

-4-

2:21-CV-00791-KJM-DB

114196284.2 0039735- 00019

# ORDER

Having read the Parties' Joint Stipulation to Continue Pre-Trial and Discovery-Related Deadlines for approximately one hundred and twenty (120) days, the Parties have shown good cause to continue all dates listed above as stipulated. The Parties' request for approximately one hundred and twenty (120) days continuance is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

1. The non-expert discovery cutoff is continued to September 27, 2022.
2. The expert disclosure deadline is continued to October 24, 2022.
3. The responsive expert disclosures and reports deadline is continued to November 22, 2022.
4. The rebuttal expert disclosures and reports deadline is continued to December 12, 2022.
5. The expert discovery cutoff date is continued to January 30, 2023.
6. The deadline in which all dispositive motions must be <u>heard</u> by is continued to February 17, 2023.
7. The Parties must engage in private mediation on or before March 10, 2023.

IT IS SO ORDERED.

DATED: February 16, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE