UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSS ISLAND SAND & GRAVEL CO.,<br><br>Defendant. | No.  2:21-cv-0791 KJM DB<br><br><br>ORDER |

On March 10, 2022, defendant filed a motion to compel and noticed the motion for hearing before the undersigned pursuant to Local Rule 302(c)(1).  (ECF No. 20.)  The motion is currently set for hearing on April 29, 2022.  On April 20, 2022, the parties filed a Joint Statement re Discovery Disagreement pursuant to Local Rule 251.  (ECF No. 22.)  However, on April 22, 2022, the parties filed an amended Joint Statement.  (ECF No. 28.)  Pursuant to Local Rule 251, the parties' Joint Statement was to be "filed at least fourteen (14) days before the" April 29 hearing.

Review of the parties' amended Joint Statement also finds that it violates the undersigned's page limitation for such documents.  The parties are directed to review the undersigned's Standard Information re discovery disputes, available on the court's web page at http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-

1

judge-deborah-barnes-db.  That document explains that joint statements filed before the undersigned shall not exceed twenty-five pages, excluding exhibits.[1]

Moreover, it appears that the parties' most recent meet and confer efforts prior to filing the Joint Statement consisted of exchanging emails.  (Brown Decl. (ECF No. 22-1) at 5-6; JS (ECF No. 28) at 13-15.)  The undersigned's Standard Information re discovery disputes set forth on the court's web page explains that parties must meet and confer prior to filing a discovery motion and "must again confer in person or via telephone or video conferencing" prior to the filing of the joint statement.  See http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's March 10, 2022 motion to compel (ECF No. 20) is denied without prejudice to renewal; and

2. The April 29, 2022 hearing is vacated.

Dated:  April 26, 2022

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/starr0791.pg.m&c.ord

---

[1] The parties are advised that title pages, tables of contents, tables of citations, etc., all count toward the twenty-five-page limit.

2