1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  MICHAEL B. BROWN (SB #179222)
   michael.brown@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  916.447.0700
5  Facsimile:  916.447.4781

6  Attorneys for Defendant
   Ross Island Sand & Gravel Co.
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | STARR INDEMNITY & LIABILITY         | Case No. 2:21-cv-00791-KJM-DB
   | INSURANCE COMPANY,                  |
12 |                                     | SECOND JOINT STIPULATION TO
   |                 Plaintiff,          | CONTINUE PRE-TRIAL AND
   |                                     | DISCOVERY RELATED DEADLINES;
13 |        v.                           | ORDER
   |                                     |
14 | ROSS ISLAND SAND & GRAVEL CO.,      |
   |                                     |
15 |                 Defendant.          |

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT STIPULATION TO CONTINUE
PRE-TRIAL AND DISCOVERY RELATED          -1-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
115738632.4 0039735- 00019

1      Plaintiff Star Indemnity & Liability Insurance Company ("Plaintiff" or "Starr") and

2  Defendant Ross Island Sand & Gravel Co. ("Defendant" or "Ross Island" and collectively with

3  Plaintiff as the "Parties") hereby stipulate to continue all pre-trial and discovery related deadlines,

4  and respectfully request that the Court re-set the case schedule pursuant to the minute order

5  (Dkt. #14) as proposed and agreed to below.

6      The Parties proffer the following reasons as good cause for this Stipulation and Proposed

7  Order:

8      1.      On May 3, 2021, Plaintiff filed the instant lawsuit in this Court for declaratory relief

9  against Defendant under the doctrine of *uberrimae fidei* (the "Lawsuit").

10     2.      On August 20, 2021, the Parties submitted a Joint Status Report as required by the

11  Court's standing order (ECF No. 2, ¶ 4), Local Rule 240(b), and Federal Rule of Civil Procedure 26

12  (Dkt. #11).

13     3.      On September 16, 2021, the Court issued its Scheduling Order setting all discovery

14  and trial-related dates (Dkt. #14).

15     4.      On October 15, 2021, Plaintiff served Defendant with Request for Production of

16  Documents, Set One.

17     5.      On October 21, 2021, Defendant served Plaintiff with Request for Production of

18  Documents, Sets One through Four.

19     6.      On November 12, 2021, Defendant timely served responses and objections to

20  Plaintiff's requests.  Defendant also produced responsive documents.

21     7.      On December 21, 2021, after an agreed upon extension, Plaintiff served responses

22  and objections to Defendant's requests.  Plaintiff also produced responsive documents, and as

23  Plaintiff believed that some of the documents contained confidential and proprietary information,

24  Plaintiff agreed to provide these documents upon execution of an agreed protective order.

25     8.      On January 24, 2022, Plaintiff produced further responsive documents to Defendant

26  and following that date, the parties reached agreement as to a Stipulated Protective Order, which

27  the Court approved on February 8, 2022 (Dkt. #17).

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT STIPULATION TO CONTINUE
PRE-TRIAL DISCOVERY RELATED                    -2-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
115738632.4 0039735- 00019

9.      The Parties engaged in meet and confer efforts on a discovery disagreement including the scope of requested documents with respect to Set Four.  On February 16, 2022 (Dkt. #19), the Court approved the Parties' Stipulation to Continue Pre-Trial Discovery Related Deadlines.

10.     On May 31, 2022 (Dkt. #38), the Court denied Defendant's Motion to Compel, but encouraged the parties to "engage in further meet and confer efforts in an attempt to resolve this dispute."

11.     On June 2, 2022, the Parties agreed to engage in further meet and confer efforts on the scope of Defendant's prior documents requests and agreed to take certain percipient witness depositions and then schedule a mediation in the latter part of 2022.

12.     The Parties agree that additional time is needed to prepare this case for trial. Extending all discovery related dates by approximately one hundred and twenty (120) days will permit the Parties to engage in discovery and then attend mediation before a private mediator to resolve the case before completing all non-expert and expert discovery in this action.  This will also permit the Parties time to resolve all outstanding discovery disputes either by stipulation or motion practice.  The extension will also allow the Parties to fully develop their claims, counterclaims, and defenses for trial if necessary.

13.     Accordingly, the Parties request the following modifications to the schedule:

| Order [Dkt #19] | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Non-Expert Discovery | September 27, 2022 | January 27, 2023 |
| Disclosure of Experts and Exchange of Expert Reports | October 24, 2022 | February 24, 2023 |
| Responsive Expert Disclosures and Reports | November 22, 2022 | March 22, 2023 |
| Rebuttal Expert Disclosures and Reports | December 12, 2022 | April 12, 2023 |
| Close of Expert Discovery | January 30, 2023 | May 26, 2023 |
| Dispositive Motion Deadline (Heard by) | February 17, 2023 | June 15, 2023 |

14.     Currently there is no trial date scheduled for this matter.

15.     There has been one prior continuance to these discovery deadlines.  The Parties will

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT STIPULATION TO CONTINUE
PRE-TRIAL DISCOVERY RELATED                    -3-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
115738632.4 0039735- 00019

1   not be prejudiced by this continuance.  To the contrary, the proposed continuance would allow the

2   Parties to efficiently resolve the action by mediation, or if necessary, prepare this case for trial.

3   While the Parties are not requesting any changes to the deadline for private mediation, which is

4   currently set for March 10, 2023 (Dkt. 19), as noted above, the parties have agreed to schedule the

5   mediation for the latter part of 2022.

6

7   Dated:  June 3, 2022                          STOEL RIVES LLP

8
                                                  By:/s/Michael B. Brown
9                                                     Thomas A. Woods
                                                      Michael B. Brown
10                                                    Attorneys for Defendant
                                                      Ross Island Sand & Gravel Co.
11

12  Dated:  June 3, 2022                          GIBSON ROBB & LINDH LLP

13                                                By:/s/Michael J. Cummins (as authorized on June 3,
                                                  2022 via email)
14                                                    Michael J. Cummins
                                                      R. Hudson Hollister
15                                                    Attorneys for Plaintiff
                                                      Starr Indemnity & Liability Company
16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT STIPULATION TO CONTINUE
PRE-TRIAL DISCOVERY RELATED                     -4-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
115738632.4 0039735- 00019

**ORDER**

Having read the Parties' Second Joint Stipulation to Continue Pre-Trial and Discovery-Related Deadlines for approximately one hundred and twenty (120) days, the Parties have shown good cause to continue all dates listed above as stipulated.  The Parties' request for continuance is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

1.  The non-expert discovery cutoff is continued to January 27, 2023.

2.  The expert disclosure deadline is continued to February 24, 2023.

3.  The responsive expert disclosures and reports deadline is continued to March 22, 2023.

4.  The rebuttal expert disclosures and reports deadline is continued to April 12, 2023.

5.  The expert discovery cutoff date is continued to May 26, 2023.

6.  The deadline in which all dispositive motions must be <u>heard</u> by is continued to June 23, 2023.

IT IS SO ORDERED.

DATED:  June 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

SECOND JOINT STIPULATION TO CONTINUE
PRE-TRIAL DISCOVERY RELATED                    -5-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
115738632.4 0039735- 00019