1   THOMAS A. WOODS (SB #210050)
    thomas.woods@stoel.com
2   MICHAEL B. BROWN (SB #179222)
    michael.brown@stoel.com
3   STOEL RIVES LLP
    500 Capitol Mall, Suite 1600
4   Sacramento, CA  95814
    Telephone:  916.447.0700
5   Facsimile:  916.447.4781

6   Attorneys for Defendant
    Ross Island Sand & Gravel Co.

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  STARR INDEMNITY & LIABILITY          Case No. 2:21-cv-00791-KJM-DB
    INSURANCE COMPANY,
12                                       THIRD JOINT STIPULATION TO
              Plaintiff,                 CONTINUE PRE-TRIAL AND
13                                       DISCOVERY RELATED DEADLINES;
         v.                              ORDER
14
    ROSS ISLAND SAND & GRAVEL CO.,
15
              Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

THIRD JOINT STIPULATION TO CONTINUE
PRE-TRIAL AND DISCOVERY RELATED              -1-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
116941883.1 0039735-00019

Plaintiff Star Indemnity & Liability Insurance Company ("Plaintiff" or "Starr") and Defendant Ross Island Sand & Gravel Co. ("Defendant" or "Ross Island" and collectively with Plaintiff as the "Parties") hereby stipulate to continue all pre-trial and discovery related deadlines, and respectfully request that the Court re-set the case schedule pursuant to the minute order (Dkt. #14) as proposed and agreed to below.

The Parties proffer the following reasons as good cause for this Stipulation and Proposed Order:

1.    On May 3, 2021, Plaintiff filed the instant lawsuit in this Court for declaratory relief against Defendant under the doctrine of *uberrimae fidei* (the "Lawsuit").

2.    On August 20, 2021, the Parties submitted a Joint Status Report as required by the Court's standing order (ECF No. 2, ¶ 4), Local Rule 240(b), and Federal Rule of Civil Procedure 26 (Dkt. #11).

3.    On September 16, 2021, the Court issued its Scheduling Order setting all discovery and trial-related dates (Dkt. #14).

4.    On October 15, 2021, Plaintiff served Defendant with Request for Production of Documents, Set One.

5.    On October 21, 2021, Defendant served Plaintiff with Request for Production of Documents, Sets One through Four.

6.    On November 12, 2021, Defendant timely served responses and objections to Plaintiff's requests.  Defendant also produced responsive documents.

7.    On December 21, 2021, after an agreed upon extension, Plaintiff served responses and objections to Defendant's requests.  Plaintiff also produced responsive documents, and as Plaintiff believed that some of the documents contained confidential and proprietary information, Plaintiff agreed to provide these documents upon execution of an agreed protective order.

8.    On January 24, 2022, Plaintiff produced further responsive documents to Defendant and following that date, the parties reached agreement as to a Stipulated Protective Order, which the Court approved on February 8, 2022 (Dkt. #17).

Stoel Rives LLP
Attorneys At Law
Sacramento

THIRD JOINT STIPULATION TO CONTINUE
PRE-TRIAL AND DISCOVERY RELATED          -2-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
116941883.1 0039735-00019

9.      The Parties engaged in meet and confer efforts on a discovery disagreement including the scope of requested documents with respect to Set Four.  On February 16, 2022 (Dkt. #19), the Court approved the Parties' Stipulation to Continue Pre-Trial Discovery Related Deadlines.

10.      On May 31, 2022 (Dkt. #38), the Court denied Defendant's Motion to Compel, but encouraged the parties to "engage in further meet and confer efforts in an attempt to resolve this dispute."

11.      On June 2, 2022, the Parties agreed to engage in further meet and confer efforts on the scope of Defendant's prior documents requests and agreed to take certain percipient witness depositions and then schedule a mediation in the latter part of 2022.

12.      Since June 2022, the parties have been engaging in meet and confer efforts regarding the above discovery dispute.  The parties have also scheduled depositions during the month of October.

13.      The parties are in the process of scheduling mediation with a target for the first full week of December.

14.      In mid-September 2022, counsel for Ross Island suffered a significant injury that will require surgery and considerable recovery time.  The Parties anticipate continuing to make progress during counsel's recovery but require additional time to complete discovery as a result.

15.      Accordingly, the Parties agree that additional time is needed to prepare this case for trial.  Extending all discovery related dates by approximately sixty (60) days will permit the Parties to engage in discovery and then attend mediation before a private mediator to resolve the case before completing all non-expert and expert discovery in this action.  This will also permit the Parties time to resolve all outstanding discovery disputes either by stipulation or motion practice. The extension will also allow the Parties to fully develop their claims, counterclaims, and defenses for trial if necessary.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

THIRD JOINT STIPULATION TO CONTINUE
PRE-TRIAL AND DISCOVERY RELATED           -3-           2:21-CV-00791-KJM-DB
DEADLINES; ORDER
116941883.1 0039735-00019

16.   Accordingly, the Parties request the following modifications to the schedule:

| Order [Dkt. #40] | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Non-Expert Discovery | January 27, 2023 | March 25, 2023 |
| Disclosure of Experts and Exchange of Expert Reports | February 24, 2023 | April 21, 2023 |
| Responsive Expert Disclosures and Reports | March 22, 2023 | May 17, 2023 |
| Rebuttal Expert Disclosures and Reports | April 12, 2023 | June 7, 2023 |
| Close of Expert Discovery | May 26, 2023 | July 21, 2023 |
| Dispositive Motion Deadline (Heard by) | June 15, 2023 | August 10, 2023 |

17.   Currently there is no trial date scheduled for this matter.

18.   There have been two prior continuances to these discovery deadlines.  The Parties will not be prejudiced by this continuance.  To the contrary, the proposed continuance would allow the Parties to efficiently resolve the action by mediation, or if necessary, to prepare this case for trial.  While the Parties are not requesting any changes to the deadline for private mediation, which is currently set for March 10, 2023 (Dkt. #19), as noted above, the parties have agreed to schedule the mediation for the latter part of 2022.

Dated:  October 5, 2022

STOEL RIVES LLP

By:/s/ Michael B. Brown
   Thomas A. Woods
   Michael B. Brown
   Attorneys for Defendant
   Ross Island Sand & Gravel Co.

Dated:  October 5, 2022

GIBSON ROBB & LINDH LLP

By:/s/ Michael J. Cummins (authorized via email)
   Michael J. Cummins
   R. Hudson Hollister
   Attorneys for Plaintiff
   Starr Indemnity & Liability Company

Stoel Rives LLP
Attorneys At Law
Sacramento

THIRD JOINT STIPULATION TO CONTINUE
PRE-TRIAL AND DISCOVERY RELATED
DEADLINES; ORDER
116941883.1 0039735-00019

-4-

2:21-CV-00791-KJM-DB

1

**ORDER**

2      Having read the Parties' Third Joint Stipulation to Continue Pre-Trial and Discovery-

3   Related Deadlines for approximately sixty (60) days, the Parties have shown good cause to continue

4   all dates listed above as stipulated.  The Parties' request for continuance is hereby GRANTED.

5      IT IS HEREBY ORDERED THAT:

6      1.   The non-expert discovery cutoff is continued to March 25, 2023.

7      2.   The expert disclosure deadline is continued to April 21, 2023.

8      3.   The responsive expert disclosures and reports deadline is continued to May 17, 2023.

9      4.   The rebuttal expert disclosures and reports deadline is continued to June 7, 2023.

10     5.   The expert discovery cutoff date is continued to July 21, 2023.

11     6.   The deadline in which all dispositive motions must be <u>heard</u> by is continued to

12          August 25, 2023.

13     IT IS SO ORDERED.

14   DATED:  October 13, 2022.

15

16

17   CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

THIRD JOINT STIPULATION TO CONTINUE
PRE-TRIAL AND DISCOVERY RELATED          -5-                    2:21-CV-00791-KJM-DB
DEADLINES; ORDER
116941883.1 0039735-00019